**Opinion issued October 6, 2015**



In The

# Court of Appeals

### For The

# First District of Texas

_____

## NO. 01-15-00595-CV

_____

### KECHINYERE AZAGA, Appellant

### V.

### HOUSTON HOUSING AUTHORITY, Appellee

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1057222-002**

---

## MEMORANDUM OPINION

Appellant, Kechinyere Azaga, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5 (requiring payment of fees in civil cases unless indigent), 20.1 (listing requirements for establishing indigence); *see also* TEX. GOV'T CODE ANN. § 51.207 (Vernon 2013), § 51.941(a) (Vernon 2013), §

101.041 (Vernon 2013) (listing fees in court of appeals); Order Regarding Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in court of appeals). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3(c) (allowing involuntary dismissal of case).

We dismiss the appeal for nonpayment of all required fees.

We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.